# SAMUEL I. WHITE, P.C.
**ATTORNEYS AND COUNSELORS AT LAW**
5040 CORPORATE WOODS DRIVE
SUITE 120
VIRGINIA BEACH, VIRGINIA 23462
TELEPHONE (757) 490-9284
FACSIMILE (757) 490-8143

SAMUEL I. WHITE
WM. ADAM WHITE
ERIC D WHITE†
D. CAROL SASSER (VA & GA)
EMMANUEL D. VOCES (VA&WV)
JODY M. LA (VA & GA)
ROBERT E FRAZIER(VA,MD, DC & WV)
LAURA D. HARRIS (VA, MD, DC & CA)
DANIEL J. PESACHOWITZ (VA,MD & DC)††
RANDA S. AZZAM (VA & MD)††
MICHAEL T. FREEMAN†
JASON L. HAMLIN
CHRISTOPHER L.WALKER
SARAH A.CRICHIGNO (WV & VA)†††
FABIO CRICHIGNO (WV & VA)†††
CHRISTOPHER R. ARTHUR (WV) ††††
JOHN E. DRISCOLL, III (MD& VA)††
ROSALIE K. DOGGETT
NINA AQUILINA†
SARA K. TURNER
L. RICHARD DORSEY (WV) ††††
RONALD J. GUILLOT, JR. (VA &LA)
DONNA J. HALL
ROGER J. JARRELL, II††††
MICHAEL C. DYPSKI†††††
DAVID W. CARTER†
ROBERT A. JONES

†1804 Staples Mill Road – Suite 200
RICHMOND, VIRGINIA 23230
TELEPHONE (804) 290-4290
FAX (804) 290-4298

††913 King Street
ALEXANDRIA, VIRGINIA 22314
TELEPHONE (703) 739-1070
FAX (703) 739-2619

†††235 High Street Suite 311
MORGANTOWN,WV 26505
TELEPHONE (304) 413-0010
TOLL FREE (866) 839-8856
FAX(304) 413-0014

††††300 Capitol Street, Suite 1600
CHARLESTON, WV 25301
TELEPHONE (304) 414-0200
FAX (304) 414-0202

†††††8600 LaSalle Road
Suite 333
The Chester Building
TOWSON, MD 21286
TELEPHONE (443) 632-0993
FAX (443) 632-0999

April 8, 2009

Corey LuTrell Poindexter
Law Offices of Owaiian M. Jones
P.O. Box 8320
Fredericksburg, VA 22404


RE: Keith P. Cecil
Tammie L. Cecil
(Wells Fargo Bank, N.A. successor by merger to Wells Fargo Home Mortgage, Inc.
fka Norwest Mortgage, Inc.)
File #: 93076-07
Loan #: xxxxxx9359
Case #: 06-32600-KRH

Dear Sir or Madam:

This will serve to withdraw the Notice of Default filed February 27, 2009 as document #78.

If you have any questions, please contact me directly at (804) 290-4290.

Very truly yours,

**SAMUEL I. WHITE, P.C.**

/s/ Eric David White, Esquire
Attorney at Law


/bsk