SAMUEL I. WHITE
WM. ADAM WHITE
ERIC D. WHITE

D. CAROL SASSER (VA & GA)
EMMANUEL D. VOCES
JODY M. LA (VA & GA)
ROBERT E FRAZIER(VA,MD, DC & WV)
LAURA D. POLLARD (VA, MD, DC & CA)
DANIEL J. PESACHOWITZ (MD & DC)
RANDA S. AZZAM (VA & MD)
MICHAEL T. FREEMAN
JASON L. HAMLIN
NINA AQUILINA
DAVID CARTER

SARA TURNER
CHRISTOPHER L. WALKER
SARAH A. CRICHIGNO (WV & VA)
FABIO CRICHIGNO (WV & VA)

# SAMUEL I. WHITE, P.C.

ATTORNEYS AND COUNSELORS AT LAW
1804 STAPLES MILL ROAD, SUITE 200
RICHMOND, VIRGINIA 23230
TELEPHONE (804) 290-4290
FACSIMILE (804) 290-4298

5040 Corporate Woods Drive
Suite 120
Virginia Beach, Virginia
TELEPHONE (757) 490-9284
FAX (804) 497-2802

913 King Street
ALEXANDRIA, VIRGINIA
TELEPHONE (703) 739-1070
FAX (703) 739-2619

The Monongahela Building
235 High Street Suite 311
MORGANTOWN, WEST VIRGINIA
TELEPHONE (304) 413-0010
FAX (304) 413-0014

The Kanawha Valley Building
300 Capital Street, Suite 1600
CHARLESTOWN, WEST VIRGINIA
TELEPHONE (304) 414-0200
FAX (304) 414-0202

August 18, 2009

William Edward Seals, Esquire
William E. Seals, P.C.
P.O. Box 3358
Fredericksburg, VA 22402

RE: Keith P. Cecil
Tammie L. Cecil
(Wells Fargo Bank, N.A. successor by merger to Wells
Fargo Home Mortgage, Inc. fka Norwest Mortgage, Inc.)
File #: 93076-07
Loan #: xxxx9359
Case #: 06-32600-KRH

Dear Sir or Madam:

As the Debtor is in default of the Order Granting Modification of Stay entered March 30, 2007, and the Notice of Default filed August 5, 2009, Wells Fargo Bank, N.A. successor by merger to Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage, Inc. has been advised that the stay has been terminated in accordance with that order without further notice or hearing, and that it can exercise its contractual and statutory rights concerning the property including, but not limited to, the initiation of foreclosure proceedings.

**By copy of this letter, the Trustee is advised to terminate payments on pre-petition arrearages on Claim #022 set forth in my client's Proof of Claim.**

If you have any questions, please contact this office directly at (804) 290-4290.

Very truly yours,

**SAMUEL I. WHITE, P.C.**

**/s/ ERIC DAVID WHITE**
Attorney at Law

/bsk
cc: Carl M. Bates, Trustee (ECF Notification)
U.S. Bankruptcy Court Clerk's Office (ECF Notification)