

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

In re  Case No. 06-32600-KRH
    Keith & Tammie Cecil  Chapter 13
        Debtor(s)

## MOTION TO MODIFY PLAN

This motion is to modify Chapter 13 plan number 06-32600-KRH for the court to approve a lower monthly payment to the Virginia Credit Union for the purpose of a home equity loan.

### **Notice of Motion**

    Tammie Cecil has filed papers with the Court to <u>obtain the courts approval of a modification of current Chapter 13 plan to lower the amount paid each month to the Virginia Credit Union from $726.64 to $568.45 per month.</u>

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the motion for a lower payment or if you want the Court to consider your views on the motion, then on or before May 20, 2010, you or your attorney must:

    File with the Court, at the address shown below, a written response
    pursuant to Local Bankruptcy Rules 4001(a)-1(C) and 9013-1(H). If you
    mail your response to the Court for filing, you must mail it early
    enough so the Court will **receive** it on or before the date stated above.
        Clerk of Court
        United States Bankruptcy Court
        701 East Broad Street
        Richmond VA 23219-1888

    You must also mail a copy to:
        Keith & Tammie Cecil
        1540 Heatherstone Dr
        Fredericksburg VA 22407

    Attend the preliminary hearing to be scheduled by the Clerk of Court, notice of which will be mailed at a later date. **If no timely response has been filed opposing the modification requested, the Court may grant the modification requested in the motion for modification.**

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that modification.

                                      Tammie Cecil
                                      1540 Heatherstone Dr
                                      Fredericksburg VA 22407

**Certificate of Service**
    I hereby certify that I have this, April 30, 2010 mailed or hand delivered a true copy of this Motion for Modification of plan and Notice of Motion to the parties listed on the attached service list.

                        *Tammie Cecil* (signature)

Virginia Credit Union
P.O. Box 90010
Richmond, VA 23225-90

Form B20A (Official Form 20A) (12/03)  USBC, EDVA (12/06)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_____Richmond_____ Division

In re: Keith & Tammie Cecil )
)
) Case No. 06-32600-KRH
) Chapter 13
Debtor

## NOTICE OF MOTION (OR OBJECTION)

_Tammie Cecil_____ has filed papers with the court to _modify payment_ amount that was approved in Chapter 13 plan._____.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then on or before _____ _____, you or your attorney must:

☑ File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

> Clerk of Court
> United States Bankruptcy Court
> 701 East Broad Street
> Richmond VA 23219

You must also mail a copy to:

Keith & Tammie Cecil

1540 Heatherstone Dr

Fredericksburg VA 22407

☐ Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing**

☐ Attend the hearing on the motion (or objection) scheduled to be held on _____ _____ at _____ ____m. at United States Bankruptcy Court, _____ _____.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: April 30, 2010

Signature, name, address and telephone number of person giving notice:

Tammie Cecil  /s/ Tammie Cecil
1540 Heatherstone Dr
Fredericksburg VA 22407
540-548-1876
Virginia State Bar No. _____
Counsel for _____

### Certificate of Service

I hereby certify that I have this  30th  day of April , 20 10 , mailed or hand-delivered a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list.

Virginia Credit Union