Keith & Tammie Cecil
1540 Heatherstone Dr
Fredericksburg VA 22407

December 27, 2010

US Bankruptcy Court
Eastern District of Virginia
701 East Broad St
Richmond VA 23219-1888

To Whom It May Concern:

We would like to file for the discharge of our Chapter 13 bankruptcy. Our case # is 06-32600KRH. Please see the enclosed items:
Form 1328
Certificate of Debtor education for both Keith and Tammie
Letter from William Seals dated November 5, 2009 stating he is no longer our attorney and that he will not represent us.
Copy of letter from us dated March 6, 2009 asking to have Corey Poindexter and William Seals removed as our attorneys.
Copy of motion removing them as counsel effective July 22, 2009.

We have tried to obtain legal counsel and no one is willing to take us since we have an active bankruptcy case. I was informed by a Richmond law firm that we could file for the discharge ourselves and this was all the paperwork you would need. Please contact me @ 540-786-4953 X 228 if there are any questions concerning this case. Thank you for your prompt attention to this matter. This has been an awful experience and we would like to get it behind us ASAP. Final payment was sent to the trustee on December 22, 2010.

Sincerely,

Keith + Tammie

Keith & Tammie Cecil

Law Offices of
# WILLIAM E. SEALS, P.C.
P.O. Box 3358
10829 Courthouse Road
Fredericksburg, VA 22402-3358
(540)371-7779
Fax:(540)371-9407
Email:sealswe@verizon.net

William E. Seals
Admitted in:
District of Columbia
Maryland
Virginia

1730 K Street, NW
Washington, D.C. 20006

November 5, 2009

Ms. Tammie Cecil
Mr. Keith Cecil
1540 Heatherstone Drive
Fredericksburg, VA 22408

    Re: Bk. No. 06-32600

Dear Mr. & Ms. Cecil:

    This responds to your recent telephone call to this office. By letter dated March 6, 2009 and through several telephone calls, you requested that this Office be removed as your attorneys (Copy enclosed). Pursuant to those instructions, we took action to achieve that result. On July 21, 2009 an Order was entered removing this Office as your attorney of record (Copy enclosed).

    Please feel free to seek new counsel.

                            Sincerely,

                            William E. Seals

WES:acp
Enclosures

Keith & Tammie Cecil
1540 Heatherstone Dr
Fredericksburg VA 22407

March 6, 2009

William E. Seals, Esquire
Law Office of William E. Seals, P.C.
10829 Courthouse Road, Suite A
Fredericksburg, VA  22408

To Whom It May Concern:

This letter is to notify you that we wish to have William Seals and Corey LuTrell Poindexter removed as our attorney on record for our Chapter 13 case effective today. We also hereby request our case file that was created and maintained by your office to be surrendered to us immediately.

If you have any questions please contact Tammie at 786-4953. Thank you in advance for your prompt attention to this matter.

Respectfully,

*Keith Cecil*   *Tammie Cecil*

Keith & Tammie Cecil

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | ) |
| | ) Case No. 06-32600-KRH |
| KEITH CECIL | ) |
| TAMMIE CECIL, | ) |
| | ) Chapter 13 |
| Debtors. | ) |

## ORDER

Upon the motion of Corey Poindexter to withdraw as counsel for the debtors, and it appearing that the debtors consent to the withdrawal of Cory Poindexter and the Law Office of William E. Seals, P.C. as counsel to the debtors, it is this _____ day of July, 2009,

ORDERED: that Corey Poindexter and the Law Office of William E. Seals, P.C. are granted leave to withdraw as counsel, and it is

FURTHER ORDERED: that the names of Corey Poindexter and the Law Office of William E. Seals, P.C. are stricken from the record as counsel for Keith Cecil and Tammie Cecil.

Jul 21 2009
Enter:

/s/ Kevin Huennekens
_____
Judge
U.S. Bankruptcy Court_____

I ask for this
/s/Corey Poindexter
Corey Poindexter (VSB# 44448)
3832 Flat Field Terrace
Richmond, VA 23223
Telephone: (804) 787-4667

Entered on Docket: Jul 22 2009

Seen and Agreed to:

/s/Keith Cecil
Keith Cecil
1540 Heatherstone Drive
Fredericksburg, VA 22407


/s/Tammie Cecil
Tammie Cecil
1540 Heatherstone Drive
Fredericksburg, VA 2407


/s/William E. Seals
Law Office of William E. Seals
P.O. Box 3358
Fredericksburg, VA 22402-3358
(540)371-7779; Fax: (540)371-9407
email: sealswe@verizon.net


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion was electronically transmitted and/or mailed, first class mail, postage prepaid to Carl M. Bates, Chapter 13 Trustee, the U.S. Trustee, and to al interested and necessary parties, this 16th day of July, 2009.

/s/William E. Seals