UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**In re: Keith P. Cecil**                    **Case No:      06-32600**
**Tammie L. Cecil**

# REPORT BY TRUSTEE OF COMPLETION OF PLAN PAYMENTS

NOW COMES the Chapter 13 Trustee herein, Carl M. Bates, and certifies to the Court that the debtors have completed their plan payments pursuant to the confirmed plan in this case and are entitled to receive their discharge pursuant to Sec. 1328(a) of the Bankruptcy Code. For cases filed on or after October 17, 2005 the debtor(s) must file the "Certification of Plan Completion and Request for Discharge" in order to receive their discharge. Your Trustee will proceed to close this case and file his "Final Report and Account" upon the clearing of all outstanding checks.

Date prepared: <u>January 27, 2011</u>

Respectfully submitted,

<u>/s/Carl M. Bates</u>
Carl M. Bates
Chapter 13 Trustee